UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE M. REYES, | ) Case No. CV 16-6146-CBM(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| DEAN BORDERS, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: JANUARY 26, 2017

_____
Consuelo B. Marshall
United States District Judge